# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-60950-KMW

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

MIAMI WHEELZ, INC., a Florida Profit Corporation d/b/a DUBS AND TIRES and L.A.W. HALLANDALE 30, L.C., a Florida Limited Liability Company,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendant, L.A.W. HALLANDALE 30, L.C. (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement and agree not to file any additional motions in this matter. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

By: *Scott B. Babbitt*
Scott B. Babbitt, Esq.
800 W. Cypress Creek Rd.
Suite 502
Ft. Lauderdale, FL 33309
Telephone: (954) 771-5297
Facsimile: (954) 771-4893
Email: scott@babbittlaw.com
Attorney for Defendant, L.A.W. HALLANDALE 30, L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-60950-KMW

HOWARD MICHAEL CAPLAN,

       Plaintiff,

vs.

MIAMI WHEELZ, INC., a Florida Profit
Corporation d/b/a DUBS AND TIRES and
L.A.W. HALLANDALE 30, L.C., a Florida
Limited Liability Company

       Defendants.
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 25, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _Ronald E. Stern_
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

## SERVICE LIST:

HOWARD MICHAEL CAPLAN vs. MIAMI WHEELZ, INC., a Florida Profit Corporation d/b/a DUBS AND TIRES and L.A.W. HALLANDALE 30, L.C., a Florida Limited Liability Company

United States District Court Southern District of Florida

CASE NO. 0:22-cv-60950-KMW

**L.A.W. HALLANDALE 30, L.C.**

**REGISTERED AGENT:**

Weiss, Laurence A.
5759 Brookfield Cir E
Fort Lauderdale, FL 33312-6257

**VIA U.S. MAIL**